**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:11CV177-H**

**JULIE HUEY,**
**o/b/o A.H., a minor.**
                                                                    **PLAINTIFF**


**v.**


**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                 **DEFENDANT**


**ORDER OF REMAND**

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

It is therefore ORDERED that this case is REMANDED to the Commissioner of Social Security for further administrative proceedings.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.